# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST TIRES & AUTO CENTER LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOHAMMAD NAVEED, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01165-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE GEORGE ZAROUNIAN AS A PARTY IN THIS ACTION<br><br>(ECF No. 14) |

　　On October 10, 2019, Plaintiffs filed a notice of dismissal of Defendant George Zarounian pursuant to Federal Rule of Civil Procedure 41(a). Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

　　Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant George Zarounian as a defendant in this action.

IT IS SO ORDERED.

Dated: __**October 11, 2019**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1