# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST TIRES & AUTO CENTER LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMMAD NAVEED, et al.,<br><br>Defendants. | Case No. 1:19-cv-01165-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 18, 19) |

On November 4, 2019, a stipulation was filed dismissing all claims against Defendant Gary Zarounian with prejudice and without an award of attorney's fees or costs. (ECF No. 18.) Additionally, on November 4, 2019, Plaintiffs filed a notice of voluntary dismissal of Defendant Mohammad Naveed and the doe defendants, without prejudice. (ECF No. 19.) In light of the notice of voluntary dismissal as well as the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorney's fees, with prejudice as to Defendant Gary Zarounian, and without prejudice as to Defendant Mohammad Naveed or other yet to be named doe defendants.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 5, 2019**

UNITED STATES MAGISTRATE JUDGE